UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADA YEAGER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF SEATTLE, a municipal corporation,<br><br>Defendant. | Case No.:<br><br>**DECLARATION OF ASHTON EBY** |

## DECLARATION

I, Aston Eby, am over the age of 18, and am competent to testify in court. My pronouns are he/him. I make the following declaration upon information and belief, that the following is true and correct to the best of my knowledge.

1. I visited the protest encampment at Cal Anderson park on the evening of December 14, 2020.

2. I walked around the grounds and took photographs of just a few of the many political messages on display.

3. True and accurate copies of the photographs I took are attached to this Declaration.

*Yeager v. City of Seattle*, Case No.
EBY DECLARATION – Page PAGE 1 of 2

MAZZONE LAW FIRM, PLLC
MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
3002 Colby Ave, Everett, Washington 98201
Everett, WA 98201
Phone (425) 259-4989 Fax (425) 259-5994
T: (425) 259-4989















CAMP RAIDS
ARE
GENOCIDE

YOU HAVE
BLOOD ON
YOUR HANDS
JENNY







I certify and declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed in at Seattle, Washington this 15th day of December, 2020.

Ashton Eby