The Honorable Richard A. Jones

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ADA YEAGER,

                Plaintiff,

v.

CITY OF SEATTLE, a municipality corporation,

                Defendant.

No. 2:20-cv-01813 RAJ

DECLARATION OF GHAZAL SHARIFI

I, GHAZAL SHARIFI, being familiar with the facts set forth herein based on my personal knowledge, and being competent to testify, hereby declare under penalty of perjury that the following is true and correct:

1. I am one of the Assistant City Attorneys representing Defendant as counsel of record in the above-captioned matter.

2. Following the Court hearing on Plaintiffs' motion for Temporary Restraining Order on December 16, 2020, we received an update on Plaintiff's referral for shelter.

DECLARATION OF GHAZAL SHARIFI (2:20-cv-01813) - 1

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

3. This morning, the undersigned counsel was advised that the Plaintiff was given a referral for shelter at a tiny home community and was completing intake paperwork as of this morning.

4. Additionally, the undersigned counsel learned this morning that based on preliminary data, there were additional referrals to shelter yesterday which would put the City at 20 total referrals for the past week of engagement by providers.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 17th day of December, 2020.

        */s/Ghazal Sharifi*
        Ghazal Sharifi, WSBA#47750
        Assistant City Attorney

DECLARATION OF GHAZAL SHARIFI (2:20-cv-01813) - 2

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

# CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Braden Pence, WSBA# 43495<br>Mazzone Law Firm, PLLC<br>3002 Colby Avenue, Suite 302<br>Everett, WA  98201<br><br>**[Attorney for Plaintiff]** | ( x )  Via Email<br>bradenp@mazzonelaw.com<br>lizc@mazzonelaw.com |

DATED this 15th day of December, 2020.

*s/ Ghazal Sharifi*
Ghazal Sharifi, Assistant City Attorney

DECLARATION OF GHAZAL SHARIFI (2:20-cv-01813) - 3

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200