# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

Plaintiff(s),

v.

Case No. _____

Defendant(s).

**CERTIFICATE OF SERVICE**

I hereby certify that on _____ I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Dated _____

Sign or use a "s/" and your name

Name, Address and Phone Number of Counsel or Pro Se