The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ADA YEAGER,

                Plaintiff,

    v.

CITY OF SEATTLE, a municipality corporation,

                Defendant.

No.    2:20-cv-01813 RAJ

JOINT STATEMENT REGARDING MOTION FOR PRELIMINARY INJUNCTION

       The parties, by and through counsel undersigned, and pursuant to the Court's order dated December 17, 2020, hereby submit the following Joint Statement regarding the motion for preliminary injunction in this matter:

       After the Court denied Plaintiff's motion for an emergency Temporary Restraining Order, Defendant performed a cleanup of Cal Anderson Park which included removal of encampments. Plaintiff now resides in temporary housing and is seeking the return of the property she claims was removed from the park. Given these developments, the parties met and conferred regarding Plaintiff's motion for preliminary injunctive relief and hereby agree and stipulate to strike that motion. The

JOINT STATEMENT REGARDING MOTION
FOR PRELIMINARY INJUNCTION
(2:20-cv-01813 RAJ) - 1

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

parties agree that Plaintiff will file an Amended Complaint dropping the prayer for preliminary injunctive relief.

DATED this 28th day of December, 2020.

By: */s/ Jeremy F. Wood*
Ghazal Sharifi, WSBA #47750
Rebecca S. Widen, WSBA #57339
Jeremy F. Wood, WSBA #51803
Nyjat Rose-Akins, WSBA #41387

*Attorneys for Defendant*

By: */s/ Braden Pence*
Braden Pence, WSBA #43495

*Attorney for Plaintiff*

JOINT STATEMENT REGARDING MOTION
FOR PRELIMINARY INJUNCTION
(2:20-cv-01813 RAJ) - 2

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200