The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADA YEAGER,<br><br>                    Plaintiff,<br><br>       v.<br><br>CITY OF SEATTLE, a municipality corporation,<br><br>                    Defendant. | No.    2:20-cv-01813 RAJ<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

**STIPULATION**

IT IS HEREBY STIPULATED between the plaintiff, Ada Yeager, and the defendant, City of Seattle, that this matter has been fully settled and compromised, and, may, therefore, be dismissed, as between the plaintiff and the City of Seattle, with prejudice and without costs or attorneys' fees to either party.

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE (2:20-cv-01813 RAJ) - 1

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

1 DATED this  17th  day of February, 2021.

PETER S. HOLMES
Seattle City Attorney

By: */s/Rebecca Widen*
Rebecca Widen, WSBA #57339
Jeremy F. Wood, WSBA #51803
Assistant City Attorneys

*Attorney for Defendant City of Seattle*

By: */s/Braden Pence*
Braden Pence, WSBA #43495

*Attorney for Plaintiff*

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE (2:20-cv-01813 RAJ) - 2

**ORDER**

THIS MATTER having come before this court upon the foregoing stipulation of the parties hereto, and it appearing to the court that this matter has been fully settled and compromised as between the plaintiff and the defendant, and the court being fully advised in the premises, now, therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED that this matter is hereby DISMISSED with prejudice and without costs or attorneys' fees.

DONE this _____ day of February, 2021.

_____
Honorable Richard A. Jones

Presented by:

PETER S. HOLMES
Seattle City Attorney

By: */s/Rebecca Widen*
Rebecca Widen, WSBA #57339
Jeremy F. Wood, WSBA #51803
Assistant City Attorneys

*Attorneys for Defendant City of Seattle*

Copy Received; Approved For Entry;
Notice of Presentation Waived:

By: */s/Braden Pence*
Braden Pence, WSBA #43495
Attorney for Plaintiff

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE (2:20-cv-01813 RAJ) - 3

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200